UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Brad Glass, ) | |
|     Plaintiff, ) | |
| v. ) | No.   6:14-cv-03059-JTM |
| Sharon Trowbridge, Howell County Recorder ) of Deeds, in her official capacity; ) | |
|     Defendant. ) | |

**NOTICE TO ATTORNEY GENERAL OF CLAIM OF UNCONSTITUTIONALITY**

To:    Chris Koster
        Attorney General
        State of Missouri
        PO Box 899
        Jefferson City, Missouri 65102

        By Certified Mail No. 7006 3450 0003 5461 6679

Pursuant to Federal Rule of Civil Procedure 5.1, take notice that Plaintiffs have filed on March 10, 2014, his complaint in the above-captioned cause and seeks, *inter alia.*, a declaration that Mo. Rev. Stat. § 451.040.2, which requires that marriage license applications be signed "in the presence of the recorder of deeds or their [*sic*] deputy[,]" is unconstitutional as applied in instances where one, or both, applicants is unable to physically appear at the office of the recorder of deeds. This notice is delivered with a copy of the complaint.

Respectfully submitted,


/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES UNION OF
MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
PHONE: (314) 652-3114
FAX: (314) 652-3112
trothert@aclu-mo.org
gdoty@aclu-mo.org

ATTORNEYS FOR PLAINTIFF

Certificate of Service

I certify that a copy of the foregoing was served upon defendants by placing the same in the First Class mail addressed as set forth below on February 12, 2014:

Sharon Trowbridge
Howell County Recorder of Deeds
35 Courthouse Square
Room 107
West Plains, Missouri 65775.

/s/ Anthony E. Rothert